UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HECTOR GONZALEZ,

                Plaintiff,

- against -

POLICE OFFICER JAVIER VELEZ, Shield
#24737; POLICE OFFICER JAMES LUKESON,
Shield # 9696,
                Defendants.
----------------------------------------------------------X

**ORDER**
**09 CV 685 (RJD)(LB)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 2 1 2010
P.M.
TIME A.M.

**BLOOM, United States Magistrate Judge:**

The Court held a settlement conference in this case on January 19, 2010, pursuant to Fed. R. Civ. P. 16. The parties settled the case on the record. Defendants shall file a stipulation of discontinuance by February 19, 2010.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: January 20, 2010
      Brooklyn, New York